# Court of Appeals
# of the State of Georgia

ATLANTA, October 26, 2017

*The Court of Appeals hereby passes the following order*

## A18A0544. PHARMASOUTH GOVERNMENT SERVICES, LLC v. DEEPAK PARMAR.

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, October 26, 2017.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*